On the court's order to show cause dated February 5, and appellant's return, order to show cause filed March 4, appeal dismissed July 16, 2003

STATE OF OREGON,
*Respondent,*

*v.*

DENNIS JAMES WILKINSON,
*Appellant.*

99CR0486; A120403

72 P3d 1011

Dennis James Wilkinson *pro se.*

Before Brewer, Presiding Judge, and Wollheim and Kistler, Judges.

PER CURIAM

Appeal dismissed. *State v. Hart*, 188 Or App 650, 72 P3d 671 (2003).